**WINTERHAWK OUTFITTERS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–5063.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2013.

Todd E. Mackintosh, Wood, Ris & Hames, P.C., of Denver, Colorado, argued for plaintiff-appellant.

Ellen M. Lynch, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief was Diane M. Connolly, Attorney, United States Department of Agriculture, of Golden, Colorado.

DYK, O'MALLEY, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**